## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 07-69302-pwb |
| | ) | |
| DONALD and JANICE KELLER, | ) | CHAPTER 7 |
| | ) | |
| Debtors. | ) | |

### TRUSTEE'S NOTICE OF PAYMENT OF  UNCLAIMED FUNDS TO THE REGISTRY OF THE COURT

The Trustee having received funds and made distribution pursuant to Court order has the checks listed on the attached Exhibit "A" which is attached hereto and incorporated herein by reference that remain outstanding.  Trustee having made diligent inquiries into claimant's failure to cash or deposit said checks or to obtain a better address for claimants, Trustee hereby applies to the Clerk of the Court to pay the unclaimed dividends having a balance of $16,976.34 into the Registry of the Court, and attached hereto is Trustee's check in the above-stated amount and a list of all known names and addresses of the persons and the amounts which they are entitled to be paid from said property of the Estate.

Submitted this 2nd day of November, 2020.

**M.  DENISE DOTSON, LLC**
*s/ M. Denise Dotson*
M. Denise Dotson
Georgia Bar No. 227230
PO Box 767
Avondale Estates, GA 30002
(404) 210-0166

ddotsonlaw@me.com

**EXHIBIT "A"**

| Check Date | Check Number | Payee | Amount |
|---|---|---|---|
| 7/29/2019 | 3008 | Wells Fargo | $4,189.19 |
| 7/29/2019 | 3011 | HFC | $7,380.37 |
| 7/29/2019 | 3013 | Roundup | $340.06 |
| 7/29/2019 | 3015 | Educational Credit Mgt | $5,066.72 |
| Total Outstanding Checks | | | $16,976.34 |

## CERTIFICATE OF SERVICE

        This is to certify that I have this day served the within and foregoing Trustee's Application to Pay Unclaimed Funds by depositing in the United States mail, postage prepaid and in a properly addressed envelope with sufficient postage affixed thereto to ensure delivery upon the party listed below:

Wells Fargo Financial
4137 171st St
Urbandale, IA 50323

HFC
PO Box 9618
Virginia Beach, VA 23450

Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Educational Credit Mgt Corp
PO Box 75906
St Paul, MN 55175

United States Trustee
362 Richard B. Russell Building
75 Spring Street SW
Atlanta, GA  30303

        This the 2nd day of November, 2020.

  M. DENISE DOTSON, LLC
  By: */s/ M. Denise Dotson*


 M. Denise Dotson
 Georgia Bar No. 227230
PO Box 767
Avondale Estates, GA 30002
(404) 210-0166