UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 07-69302-PWB |
| | ) | |
| Donald W. & Janice Anne Keller, Jr., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Trustee filed a Trustee's "Notice and Payment into the Court for Unclaimed Funds" on 5/4/2021 and issued a check to the Clerk, U.S. Bankruptcy Court, for deposit into the registry of the court in the amount of $8,534.92 on behalf of Donald Keller. On May 12, 2021, Dilks & Knopik, LLC, as assignee to Donald Keller filed a petition seeking payment of this sum. The petition and the documents attached thereto establish that claimant is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED If no objection has been filed within 14 days of this order, that the Clerk, US Bankruptcy Court, shall issue a check in the amount of $8,534.92, payable to Dilks & Knopik, LLC as assignee to Donald Keller and shall send said check to payee at the following address: 35308 SE Center Street, Snoqualmie, WA 98065-9216.

IT IS SO ORDERED, this 28th day of June 2021.

_____
PAUL W. BONAPFEL
UNITED STATES BANKRUPTCY JUDGE

Application Submitted By:

_____
Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
As assignee to Donald Keller
35308 SE Center Street
Snoqualmie, WA 98065-9216
(425) 836-5728


Distribution List:
US Attorney, 1800 Richard Russell Federal Building, 75 Spring Street, SE  Atlanta, GA 30303
Donald W. & Janice Anne Keller, Jr., 4889 Annistown Rd, Stone Mountain, GA 30087
M. Denise Dotson, Case Trustee, dotsontrustee@me.com,
Dilks & Knopik, LLC, 35308 SE Center Street, Snoqualmie, WA 98065-9216